FILED
CLERK, U.S. DISTRICT COURT

May 23, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar<br><br>of<br><br>Judge RONALD S.W. LEW | ) ) ) ) ) ) ) ) ) ) |

ORDER OF THE CHIEF JUDGE

**23-060**

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be transferred from the calendar of Judge Ronald S. W. Lew to the calendar of Chief Judge Philip S. Gutierrez for all further proceedings:

| | |
|---|---|
| 2:04-cv-07532-RSWL-GJS | Alvaro Quezada v. Al K Scribner |
| 2:19-cv-05246-RSWL-AGR | Charles Damm, III v. Kelly Santoro |
| 2:19-cv-05785-RSWL-GJSx | Trustees of the Operating Engineers Pension Trust et al v. Sean Richard Clarke |
| 2:20-cv-00031-RSWL-AGR | Maximilano Murillo v. W.L. Montgomery |
| 2:20-cv-02288-RSWL-SKx | Timothy Misenhimer v. Rolls-Royce Motor Cars NA, LLC et al |
| 2:20-cv-03028-RSWL-JEMx | Fadde Mikhail v. Derrius Guice et al |
| 2:20-cv-04388-RSWL-RAOx | Launda Zako v. BMW of North America, LLC, et al |
| 2:20-cv-06877-RSWL-MAAx | Carlos Marsh v. Ahmad Cahla Plaza LLC et al |
| 2:20-cv-07023-RSWL-GJSx | Directors Guild of America, Inc. v. Crystal Sky Pictures, LLC |
| 2:20-cv-07402-RSWL-JPR | Ulis Morris v. Raymond Madden |
| 2:20-cv-07558-RSWL-JC | Andy Chen v. Jim Robertson |
| 2:20-cv-11262-RSWL-ASx | E.V., a minor et al v. Dorel Juvenile Group, Inc. |
| 2:21-cv-01683-RSWL-AFMx | L.M.B. v. United States of America et al |

In the Matter of the
Transfer of Cases from the
Calendar of Judge Ronald S. W. Lew                                                2

| | |
|---|---|
| 2:21-cv-03595-RSWL-Asx | Springfield Clinic, LLP v. Primex Clinical Laboratories, Inc. |
| 2:21-cv-03713-RSWL-DFMx | Novelty Textile, Inc. v. Amazon.com, Inc. et al |
| 2:21-cv-04394-RSWL-PDx | Bosco Seungchul Baek v. Bank of America, N.A. |
| 2:21-cv-04739-RSWL-JPRx | Ana Areopaja v. Morrison Management Specialists Inc et al |
| 2:21-cv-04905-RSWL-PDx | Ana Villegas v. Target Corporation et al |
| 2:21-cv-06145-RSWL-PVCx | William Scollard v. State Farm General Insurance Company et al |
| 2:21-cv-06227-RSWL-MRWx | Miriam Maldonado v. Socorro Sanchez, et al |
| 2:21-cv-06959-RSWL-MARx | Albert Ibarra et al v. SMG Holdings Inc. et al |
| 2:21-cv-07153-RSWL-KSx | United States of America v. $400,000.00 in U.S. Currency |
| 2:21-cv-07155-RSWL-MRWx | United States of America v. $240,000.00 in U.S. Currency and Miscellaneous Precious Items |
| 2:21-cv-07957-RSWL-Ex | United States of America, et al v. West Point Contractors, Inc., et al |
| 2:21-cv-08969-RSWL-RAOx | Adrienne Collins v. Los Angeles Harbor Community College et al |
| 2:22-cv-00198-RSWL-RAOx | Laltitude LLC v. Soyeeglobal et al |
| 2:22-cv-01453-RSWL-AFMx | Colton Bryant v. Cecilia Guinto et al |
| 2:22-cv-01546-RSWL-MARx | Angelica Cota v. Lula Holdings, Inc. et al |
| 2:22-cv-01893-RSWL-PVCx | Roselia Tello v. Target Corporation et al |
| 2:22-cv-02476-RSWL-RAOx | ReliaStar Life Insurance Company v. Janice E. Hill et al |
| 2:22-cv-02499-RSWL-PDx | Ana Ventura v. Robert Vartzar et al |
| 2:22-cv-02523-RSWL-PVCx | Alcon 3PL, Inc. v. Sun Group Partners LLC et al |
| 2:22-cv-02869-RSWL-KSx | Deondre Raglin v. Artesia Manor, LLC et al |
| 2:22-cv-02994-RSWL-RAOx | BASF Corporation v. West Hollywood Collision Center, Inc. et al |

In the Matter of the
Transfer of Cases from the
Calendar of Judge Ronald S. W. Lew                                              3

| | |
|---|---|
| 2:22-cv-03337-RSWL-Asx | Sam Benford v. Lloyd E. Hall et al. |
| 2:22-cv-03791-RSWL-PVCx | Q Industries, Inc. v. O'Reilly Automotive, Inc. et al |
| 2:22-cv-04011-RSWL-KSx | Melissa Meza et al v. FCA US LLC et al |
| 2:22-cv-04264-RSWL-KSx | Zilya Mukharlyamova v. Van Cleef and Arpels, Inc. et al |
| 2:22-cv-04266-RSWL-JCx | Edward Texeria et al v. Hunter Warfield, Inc. et al |
| 2:22-cv-04299-RSWL-MAAx | Korttney Elliott v. M.L.N. East Side Properties, LLC et al |
| 2:22-cv-04426-RSWL-KSx | Alexander Stross v. Google, LLC et al |
| 2:22-cv-04470-RSWL-Ex | Aaliyah Renee Jones v. Intelifi Inc. |
| 2:22-cv-04735-RSWL-Ex | Tracy Anderson Mind and Body, LLC et al v. Megan Roup et al |
| 2:22-cv-04867-RSWL-MRWx | Colton Bryant v. Victor A. Kevorkian et al |
| 2:22-cv-05101-RSWL-MARx | Sonia Hovanian v. Costco Wholesale Corporation |
| 2:22-cv-05220-RSWL-MARx | Selina Turkes et al v. BMW of North America, LLC |
| 2:22-cv-05581-RSWL-RAOx | Kenneth Davidson v. Jose Villa |
| 2:22-cv-05716-RSWL-SKx | Morrow-Meadows Corporation v. Honeywell International Inc. et al |
| 2:22-cv-05732-RSWL-RAOx | Royal 4 Systems, Inc v. RLI Insurance Company |
| 2:22-cv-05921-RSWL-PDx | LVDV Holdings, LLC v. Jabari Shelton |
| 2:22-cv-05973-RSWL-MRWx | William Hames v. LiveOne, Inc. |
| 2:22-cv-05979-RSWL-RAOx | Jesus Garcia v. Alberto Murillo et al |
| 2:22-cv-06101-RSWL-MAAx | Dalie Elyse Young v. Amazon.com Services LLC |
| 2:22-cv-06127-RSWL-RAOx | Fashion Nova, LLC v. Blush Mark, Inc. et al |
| 2:22-cv-06260-RSWL-PVCx | Kinsale Insurance Company v. US Specialty Insurance Company |
| 2:22-cv-06375-RSWL-RAOx | FedEx Corporate Services Inc. v. Lionext, Inc. |
| 2:22-cv-06469-RSWL-KSx | Portia Mason v. Clark Street Bread, LLC et al |

In the Matter of the
Transfer of Cases from the
Calendar of Judge Ronald S. W. Lew                                                4

| | |
|---|---|
| 2:22-cv-06615-RSWL-MARx | Corona Hueso v. Ford Motor Company et al |
| 2:22-cv-06718-RSWL-MAAx | Joshua Johnson v. JPMorgan Chase Bank, N.A. |
| 2:22-cv-06840-RSWL-AGRx | GS Holistic, LLC v. Natts Smoke II Inc et al |
| 2:22-cv-06874-RSWL-SKx | Miguel Soto v. Ken Young et al |
| 2:22-cv-06912-RSWL-JPRx | Ali Chaudhry v. Mercedes-Benz USA, LLC |
| 2:22-cv-06937-RSWL-SP | Clyde Ozell Pittman Jr. v. Brian Cates |
| 2:22-cv-06992-RSWL-SKx | Jacqueline Godinez et al v. Luxury Auto Collection, LLC et al |
| 2:22-cv-07008-RSWL-Asx | Guri Gonzalez v. Eu Sin Pak et al |
| 2:22-cv-07035-RSWL-RAOx | James Lewis Grey v. Zayo Group, LLC et al |
| 2:22-cv-07103-RSWL-AGRx | American Integrated Services, Inc. v. Wood Environment and Infrastructure Solutions, Inc. et al |
| 2:22-cv-07135-RSWL-KSx | Texco, Inc. v. Zoetop Business Co., Ltd. et al |
| 2:22-cv-07182-RSWL-JEMx | Dora Patricia Corral et al v. Nissan North America, Inc. |
| 2:22-cv-07658-RSWL-JEMx | Miranda Valdez v. Subaru of America, Inc. |
| 2:22-cv-07740-RSWL-RAOx | Justin Schreiber v. United Parcel Service, Inc. et al |
| 2:22-cv-07799-RSWL-MRWx | KND Development 53, LLC v. IL WU-PMA Welfare Plan et al |
| 2:22-cv-07868-RSWL-MAAx | Robert Cauley v. Julie N. Chin et al |
| 2:22-cv-08039-RSWL-SP | Johnny Mata v. Sean Moore |
| 2:22-cv-08312-RSWL-KSx | Joe Tober v. General Motors LLC et al |
| 2:22-cv-08363-RSWL-Ex | Leemanuel Weilch v. Su Yeon Oh et al |
| 2:22-cv-08441-RSWL-PVCx | Luciana J. Giorgi v. Nissan North America, Inc. |
| 2:22-cv-08463-RSWL-RAOx | Noemy Galindo Montoya v. Nissan North America, Inc. |
| 2:22-cv-08569-RSWL-MARx | Caleb Paxton v. United States of America |
| 2:22-cv-08663-RSWL-Asx | Janusz Zastawnik v. Thor Motor Coach, Inc. et al |
| 2:22-cv-08675-RSWL-PVCx | State National Insurance Co., Inc. v. R and E |

In the Matter of the
Transfer of Cases from the
Calendar of Judge Ronald S. W. Lew                                                    5

|  |  |
|---|---|
|  | Management Group, Inc. et al |
| 2:22-cv-08794-RSWL-AGR | Yexenia Roman v. Kilolo Kijakazi |
| 2:22-cv-08802-RSWL-SKx | Magenheimer Express Freight, Inc. v. Maria Ramirez et al |
| 2:22-cv-09153-RSWL-MRWx | El Monte Wholesale Meat, Inc. et al v. West American Insurance Company et al |
| 2:22-cv-09185-RSWL-PVCx | Continental Insurance Company v. Flexport International LLC et al |
| 2:22-cv-09265-RSWL-KSx | Frederick D. James v. UNUM Life Insurance Company of America |
| 2:22-cv-09335-RSWL-AFMx | Jardine Gougis v. Glendale Rams, LLC et al |
| 2:22-cv-09470-RSWL-JPR | Lee Arnold Rand v. Commissioner of Social Security |
| 2:23-cv-00027-RSWL-Ex | The North River Insurance Company v. James River Insurance Company |
| 2:23-cv-00121-RSWL-PDx | Jose Luis Guzman  v. Nissan North America, Inc. et al |
| 2:23-cv-00146-RSWL-AFMx | Luz Zendejas v. HUT Investments, LLC et al |
| 2:23-cv-00234-RSWL-JPRx | Manvel Khacheryan et al v. Jaguar Land Rover North America, LLC et al |
| 2:23-cv-00275-RSWL-KSx | Gold Value International Textile, Inc. v. Corinne Boutique et al |
| 2:23-cv-00405-RSWL-KSx | Directors of the Motion Picture Industry Pension Plan et al v. Emmett Furla Films Holdings, LLC et al |
| 2:23-cv-00459-RSWL-PDx | Isaias Sanchez Gonzalez et al v. United States Department of State et al |
| 2:23-cv-03316-RSWL-PDx | Jabari Shelton v. LVDV Holdings, LLC et al |
| 5:22-cv-00140-RSWL-MRWx | Abundant Living Family Church v. Live Design et al |
| 5:22-cv-00620-RSWL-AGR | Carlos Jay Martinez v. Ron Godwin |
| 5:22-cv-01857-RSWL-RAO | James A. Schoultz v. Kilolo Kijakazi |
| 5:22-cv-01893-RSWL-PD | Moses Estrada v. Campbell |
| 5:22-cv-02091-RSWL-JCx | Adahli Martinez v. Nissan North America, Inc. |

In the Matter of the
Transfer of Cases from the
Calendar of Judge Ronald S. W. Lew                                                   6

| | |
|---|---|
| 5:22-cv-02265-RSWL-SPx | Serena P Saints v. Nissan North America, Inc. et al |
| 8:19-cv-01201-RSWL-KSx | UPL NA, Inc. v. Tide International (USA), Inc. et al |
| 8:21-cv-01254-RSWL-MAR | Daniel Lee Duvall v. People of The State of California |
| 8:22-cv-00459-RSWL-JDEx | nKlosures, Inc. Architects  v. Avalon Lodging, LLC et al |
| 8:22-cv-01494-RSWL-MAR | Stephen R. Morton v. Kilolo Kijakazi |

On all documents subsequently filed in the case, please substitute the Judge initials

PSG after the case number in place of the initials of the prior Judge.

Dated:  May 23, 2023          _____

Chief Judge Philip S. Gutierrez