UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

**JS-6**

| Case No. | 2:22-cv-08675-PSG-PVCx | Date | May 24, 2023 |
|---|---|---|---|
| Title | State National Insurance Co., Inc. v. R and E Management Group, Inc. et al | | |

Present: The Honorable    Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**         ORDER DISMISSING CASE

On April 14, 2023, the Court issued an Order to Show Cause ("OSC") by May 8, 2023, why the Court should not dismiss the case for lack of prosecution. *See* Dkt. # 9. To this date, Plaintiff has not filed a response. Accordingly, the Court dismisses this action and closes the case.

**IT IS SO ORDERED.**

Initials of Preparer          wh